03-cc204
USDC-RIPR
J. Smith

# United States Court of Appeals
## For the First Circuit

No. 03-2639

MANDATE

JACQUELINE DASH

Petitioner-Appellant

RECEIVED

FEB 16 2006

U.S. District Court
District of Rhode Island

v.

STEVEN J. FARQUHARSON, District Director, Bureau of Immigration and Customs Enforcement; MICHAEL GARCIA, Assistant Secretary, Bureau of Immigration and Customs Enforcement; TOM RIDGE, Secretary Dept. of Homeland Security; CAROLE A. DWYER, Warden, ACI, Women's Division; DENIS RIORDAN, Deputy District Director, Bureau of Citizenship and Immigration Services

Respondents-Appellees

2006 FEB 10 P 3:45

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

JUDGMENT

Entered: December 20, 2005

By order entered December 1, 2005, appellant was directed to to either move for voluntary dismissal or show cause why her appeal from the district court's October 1, 2003 dismissed as moot in light of this court's September 21, 2004 judgment and opinion in case numbered 04-1564. Appellant was warned that failure to respond by December 15, 2005 would lead to dismissal of the appeal for lack of prosecution. This deadline has passed, and appellant has failed to file a motion or response. Appellant's mail has been returned to this court as undeliverable, and she has failed to provide this court with an updated address. Under the circumstances, the case is dismissed for lack of prosecution. See Loc. R. 3(b).

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
Julie Gregg, Operations Manager

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/10/05

[cc: Jacqueline Dash, John P. Garan, William P. Joyce, Esq., Lisa Dinerman, AUSA, Dulce Donovan, AUSA ]

03-00204
USDC-RIPR
J. Smith

# United States Court of Appeals
## For the First Circuit

No. 03-2639

MANDATE

JACQUELINE DASH

Petitioner-Appellant

v.

STEVEN J. FARQUHARSON, District Director, Bureau of Immigration and Customs Enforcement; MICHAEL GARCIA, Assistant Secretary, Bureau of Immigration and Customs Enforcement; TOM RIDGE, Secretary Dept. of Homeland Security; CAROLE A. DWYER, Warden, ACI, Women's Division; DENIS RIORDAN, Deputy District Director, Bureau of Citizenship and Immigration Services

Respondents-Appellees

2006 FEB 10 P 3:45
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

JUDGMENT

Entered: December 20, 2005

By order entered December 1, 2005, appellant was directed to to either move for voluntary dismissal or show cause why her appeal from the district court's October 1, 2003 dismissed as moot in light of this court's September 21, 2004 judgment and opinion in case numbered 04-1564. Appellant was warned that failure to respond by December 15, 2005 would lead to dismissal of the appeal for lack of prosecution. This deadline has passed, and appellant has failed to file a motion or response. Appellant's mail has been returned to this court as undeliverable, and she has failed to provide this court with an updated address. Under the circumstances, the case is dismissed for lack of prosecution. See Loc. R. 3(b).

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/10/05

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
Julie Gregg, Operations Manager

[cc: Jacqueline Dash, John P. Garan, William P. Joyce, Esq., Lisa Dinerman, AUSA, Dulce Donovan, AUSA ]